```
            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 12-cr-24-PB

**Jonathan Velazquez-Rodriguez**

## O R D E R

The defendant has moved through counsel to continue the May 1, 2012 trial in the above case, citing the need for additional time to review discovery and prepare a defense or other disposition. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2012 to July 10, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 23, 2012 final pretrial conference is continued to June 18, 2012 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 10, 2012

cc: Robert Veiga, AUSA
    Behzad Mirhashem, Esq.
    United States Marshal
    United States Probation