```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                        Criminal No. 12-cr-24-01-PB

Jonathan Velazquez-Rodriguez


### ORDER

Re: Document No. 13, Motion to Continue Sentencing

Ruling:  While I understand the government's perspective, it is clear that the defendant has a substance abuse problem that he could begin to address in the TC program. I am not convinced that the defendant could obtain comparable treatment if I deny the motion. I do not intend to reduce the defendant's sentence based on participation in the TC program beyond any reduction he might have received through participation in a comparable BOP program. Motion granted.


Date:  August 29, 2012                /s/ Paul Barbadoro
                                                  US District Judge

cc:  Counsel of Record
     US Probation
     US Marshal